THE HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-131 RAJ |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| BRADFORD STREET, | |
| Defendant. | |

Defendant Bradford Street's motion to modify the conditions of his release is hereby granted. Mr. Street's appearance bond conditions are modified in that he is to remain on stand-alone GPS location monitoring, but the curfew requirement is removed. All other conditions of the appearance bond remain.

DATED this 28th day of May, 2019.

HON. RICHARD A. JONES
United States District Judge

Order Granting Motion to
Modify Conditions of Release - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206)624-1551