THE HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> BRADFORD STREET,  <br>  Defendant. | No. CR18-131 RAJ  <br><br> ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL |

THIS MATTER comes before the Court upon Defendant Bradford Street's motion to file the medical record exhibits to his motion for compassionate release under seal. Having considered the motion and the files and pleadings herein, and finding good cause,

IT IS ORDERED that Defendant Bradford Street's Motion to Seal Exhibits (Dkt. #1465) is GRANTED. Mr. Street's medical records filed under Dkt. #1467 shall remain under seal.

DATED this 16th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(USA v. Street CR 18-131 RAJ ) - 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551