The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>BRADFORD STREET,<br><br>  Defendant. | NO. 18-CR-00131-RAJ<br><br>ORDER GRANTING STIPULATED BRIEFING SCHEDULE |

The Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states as follows:

IT IS ORDERED that the parties' Stipulated Motion (Dkt. #1469) is GRANTED. The briefing schedule is as follows:

  a. The government's response to the motion shall be filed on or before October 29, 2020;

  b. Any reply shall be filed on or before November 5, 2020; and

  c. The matter is noted for November 6, 2020.

DATED this 16th day of October, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
*United States v. Street,* 18-CR-131-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970