The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRADFORD STREET<br><br>Defendant. | NO.  CR18-131 RAJ<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, and finding good cause, hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. #1490) is GRANTED. The United States may file its Response to Bradford Street's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 15 pages in length.

DATED this 3rd day of November, 2020.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Street*, CR18-131 RAJ - 1