The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:18-cr-00131-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| BRADFORD STREET, | |
| Defendant. | |

This matter has come before the Court on Defendant's motion to seal certain exhibits to his Motion to Reduce Sentence. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of these exhibits due to the sensitive information contained therein.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. 1641) is GRANTED. The exhibits to Defendant's Motion to Reduce Sentence filed at Dkt. 1642 shall remain under seal.

DATED this 4th day of May, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1