Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADFORD STREET,<br><br>Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Bradford Street's Motion for Early Termination of Supervised Release. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 1901) is **DENIED** without prejudice to renewing the motion in six months' time, after continued compliance with the conditions of supervision.

DATED this 10th day of September, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1