Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:18-cr-00131-RAJ |
|---|---|
| Plaintiff | ORDER GRANTING DEFENDANT BRADFORD STREET'S MOTION TO MODIFY TERMS OF SUPERVISION |
| v. | |
| BRADFORD STREET, | |
| Defendant. | |

The Court has considered Defendant Bradford Street's motion to remove Condition No. 4 of the special conditions as set forth in the Judgment in this matter, specifically requiring that he participate in mental health treatment. For the reasons contained in Defendant's motion, and for good cause shown, the Court GRANTS Defendant's motion (Dkt. 1911). Defendant is not required to participate in mental health treatment and that condition of supervision is STRICKEN.

DATED this 30th day of September, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Avenue, Suite 309
Seattle, Washington 98121
Tel. 206-817-0778
e-mail: petercamiel@yahoo.com